# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BURCHFIELD, et al.,<br>　　　　Plaintiffs,<br><br>　　　　　v.<br><br>PRESTIGE CONSUMER<br>HEALTHCARE, INC.,<br>　　　　Defendant. | CV 20-10717 DSF (RAO)<br><br>Order GRANTING Defendant<br>Prestige Consumer Healthcare,<br>Inc.'s Motion for Reconsideration<br>and DISMISSING the Claims of<br>Plaintiff Jeannine Beaty<br>(Dkt. 46) |

　　　　On April 16, 2021, the Court denied Defendant Prestige Consumer Healthcare, Inc.'s motion to dismiss. Dkt. 44. Prestige now moves for reconsideration, contending the Court failed to consider its contention that the Court lacks personal jurisdiction as to the claims of Jeannine Beaty <u>as a named plaintiff</u>. Dkt. 46. The Court deems this matter appropriate for decision without oral argument. <u>See</u> Fed. R. Civ. P. 78; Local Rule 7-15. Prestige is correct. The motion is GRANTED.

　　　　The Court agrees with the majority of cases to have addressed this issue that <u>Bristol-Myers Squibb Co. v. Superior Court of California, San Francisco County</u>, 137 S. Ct. 1773 (2017), compels dismissal of the claims brought by Beaty. <u>See</u> <u>Goldstein v. Gen. Motors LLC</u>, 445 F. Supp. 3d 1000, 1011 (S.D. Cal. 2020) ("No circuit court has confronted this issue but the overwhelming majority of federal courts that have considered it, in this district and across the county, have held

that <u>Bristol-Myers</u> applies to claims brought by named plaintiffs in class actions."). Beaty's claims are DISMISSED for lack of personal jurisdiction.

    IT IS SO ORDERED.

Date: June 28, 2021

                                              Dale S. Fischer
                                              United States District Judge