**MILSTEIN JACKSON FAIRCHILD & WADE, LLP**
Gillian L. Wade, State Bar No. 229124
gwade@mjfwlaw.com
Sara D. Avila, State Bar No. 263213
savila@mjfwlaw.com
Marc A. Castaneda, State Bar No. 299001
mcastaneda@mjfwlaw.com
10990 Wilshire Boulevard 8th Floor
Los Angeles, CA 90024
Tel: (310) 396-9600
Fax: (310) 396-9635

**EDELSBERG LAW, P.A.**
Scott Edelsberg, State Bar No. 330990
scott@edelsberglaw.com
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: (310) 438-5355
(Additional Counsel on Signature Page)
*Attorneys for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BURCHFIELD and JEANNINE BEATY, individually and on behalf of all others similarly situated; <br><br> Plaintiffs, <br> vs. <br> PRESITIGE CONSUMER HEALTHCARE, INC. <br><br> Defendant. | Case No.: 2:20-CV-10717-DSF-RAO <br><br> The Honorable Judge Dale S. Fischer <br><br> **STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

|  |  |
|---|---|
| 1 | It is hereby stipulated between Plaintiff Robert Burchfield and Defendant |
| 2 | Prestige Consumer Healthcare, Inc. that this action is hereby dismissed with |
| 3 | prejudice.  All sides will bear their own costs and attorneys' fees. |

Dated: December 17, 2021         STEPTOE & JOHNSON LLP

By:     /s/ *Anthony J. Anscombe*
Anthony J. Anscombe (SBN 135883)
aanscombe@steptoe.com
**STEPTOE & JOHNSON LLP**
1 Market Plaza, Suite 3900 Spear Tower
San Francisco, CA 94105
Telephone: (415) 365-6700; Facsimile: (415) 365-6699

Melanie Ayerh (SBN 303211)
mayerh@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Tel: (213) 439-9400; Facsimile: (213) 439-9599

Mary E. Buckley, Admitted *Pro Hac Vice*
mbuckley@steptoe.com
**STEPTOE & JOHNSON LLP**
227 West Monroe Street, Suite 4700
Chicago, IL 60606
Tel: (312) 577-1300; Facsimile: (312) 577-1370

Counsel for Defendant, Prestige Consumer Healthcare, Inc.

Dated: December 17, 2021         MILSTEIN JACKSON FAIRCHILD & WADE, LLP

By:     /s/ *Gillian L. Wade*
Gillian L. Wade, State Bar No. 22912
Sara D. Avila, State Bar No. 263213
Marc A. Castaneda, State Bar No. 2990
10990 Wilshire Boulevard 8th Floor
Los Angeles, CA 90024
Tel: (310) 396-9600
Fax: (310) 396-9635

**CARNEY BATES & PULLIAM, PLLC**
Hank Bates, CA State Bar No. 167688
David Slade
519 W. 7th Street
Little Rock, Arkansas 72201
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

**PEARSON, SIMON & WARSHAW, LLP**
Melissa S. Weiner
800 LaSalle Avenue, Suite 2150
Minneapolis, Minnesota 55402
Telephone: (612) 389-0600
Facsimile: (612) 389-0610

**EDELSBERG LAW, P.A.**
Scott Edelsberg, CA State Bar No. 330990
20900 NE 30th Avenue, Suite 417
Aventura, FL 33180
Telephone: (305) 975-3320

**DAPEER LAW, P.A.**
Rachel Dapeer
300 S. Biscayne Blvd, #2704
Miami, FL 33131
Telephone: (305) 610-5523

**SHAMIS & GENTILE, P.A.**
Andrew Shamis
14 NE 1st Avenue, Suite 1205
Miami, FL 33132
Telephone: (305) 479-2299

Counsel for Plaintiff, Robert Burchfield